DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON LOPEZ-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:09-cr-0281 LJO |
| ) | |
| *Plaintiff,* ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE HEARING;  ORDER |
| ) | |
| RAMON LOPEZ-TAPIA, ) | Date:   February 6, 2012 |
| ) | Time:   1:00 p.m. |
| *Defendant.* ) | Judge:  Hon. Lawrence J. O'Neill |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for January 9, 2012 at 1:00 p.m. may be continued to **February 6, 2012 at 1:00 p.m.**

Counsel for Mr. Lopez-Tapia seeks this stipulation as he will be out of the office on annual leave on the current status conference date.  The government has made a plea offer but it has not yet been presented to the defendant.  The defendant is housed at the Lerdo jail.  This additional time will also allow defense counsel to discuss the government's offer with the defendant.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 5, 2012     By:     /s/ *Yashar Nilchian*
YASHAR NILCHIAN
Assistant United States Attorney
Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: January 5, 2012     By:     /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Ramon Lopez-Tapia

# O R D E R

Good Cause exists. Time is excluded.

IT IS SO ORDERED.

**Dated:    January 5, 2012**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE